UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD J. STANLEY,

    Plaintiff,

    v.                                  CAUSE NO. 3:19CV1097-PPS/MGG

WARDEN,

    Defendant.

## OPINION AND ORDER

Donald J. Stanley, an inmate at Westville Correctional Facility, filed a fifth motion for preliminary injunction seeking enough soap to clean his CPAP machine and meet his basic hygiene needs. A telephonic status conference was held today to discuss this motion. At that conference, counsel for the Warden indicated that he has provided Stanley with additional soap to clean his CPAP machine and that Stanley will continue to receive additional soap so long as he qualifies for an indigent hygiene kit. Stanley confirmed that he received additional soap, and if he will continue to receive additional soap with indigent kits, this resolves his motion.

ACCORDINGLY, the motion to deny Stanley's fifth motion for preliminary injunction as moot (ECF 64) is GRANTED, and the fifth motion for preliminary injunction (ECF 50) is DENIED AS MOOT.

SO ORDERED on November 10, 2020.

                                            /s/ Philip P. Simon
                                            JUDGE
                                            UNITED STATES DISTRICT COURT